JENNIE ATKINS, Respondent, v. RUBIE EPSTEIN, Tenant, and DAVID BURG et al., Doing Business under the Name of ASTORIA 41ST STREET GARAGE, Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.